CLARENCE F. BAKER and Another, Respondents, v. CONRAD YAGEL, Appellant.— Judgment unanimously affirmed, with costs.

HENRY C. BALLOU, Appellant, v. THE STATE OF NEW YORK, Respondent. — Judgment unanimously affirmed, with costs.

FRANCIS E. CARTER, as Administrator, etc., of BESSIE C. CARTER, Deceased, Respondent, v. THE VILLAGE OF RIFTON, Appellant.— Judgment and order reversed on the ground that the verdict is not sustained by the evidence, and new trial granted, with costs to the appellant to abide the event. All concurred.

SAMUEL C. DUDEY, Respondent, v. THE SANTA CLARA LUMBER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

GENEVA M. DENNIN, Appellant, v. JAMES C. FARGO, as President of the AMERICAN EXPRESS COMPANY, Respondent.— Judgment affirmed, with costs, on the authority of *Boyle* v. *Bush Terminal R. R. Co.* (210 N. Y. 389) and *Knapp* v. *Wells, Fargo & Co.* (134 App. Div. 712). All concurred, except Woodward, J., dissenting.

JOHN M. EDDY, Respondent, v. ANNA BELL, Appellant.— Judgment and order unanimously affirmed, with costs.

THE GLASS BAKERY, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs.

THE HELDERBERG CEMENT COMPANY, Respondent, v. INTER-CONTINENTAL CONSTRUCTION CORPORATION, Appellant.— Judgment unanimously affirmed, with costs.

RICHARD HOPKINS, Respondent, v. THE STATE OF NEW YORK, Appellant. — Judgment affirmed, with costs. All concurred, except Cochrane, J., dissenting.

TRIPO KRSTOVIC, Respondent, v. CHARLES H. VAN BUREN and SAMUEL W. DAY, Copartners, etc., Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

CORNELIUS KAHLEN and ANNA KAHLEN, His Wife, Appellants, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed.

EDWARD J. MANNIX, Appellant, v. J. SHELDON FROST, as Commissioner of Public Safety of the City of Albany, New York, and Another, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law of AMELIA FRIDAY, Widow, and Two Minor Children, Respondents, for the Death of WILLIAM FRIDAY, v. GALUSHA STOVE COMPANY, Employer, and THE STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claims of ENI HUDEC and Others, Wife and Children Respectively of VANDLEIN HUDEC, Deceased, Respondents, for Compensation under the Workmen's Compensation Law, v. GEORGE G. WILSON COMPANY, INC., Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES DIVOTA, Respondent, for Compensation under the Workmen's Compensation Law, v. GEORGE G. WILSON COMPANY, INC., Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants. Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANK DEVORAK, Claimant, for Compensation under the Workmen's Compensation Law, Respondent, v. GEORGE G. WILSON COMPANY, INC., Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants. Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANK CHARVAT for Compensation under the Workmen's Compensation Law, Respondent, v. GEORGE G. WILSON COMPANY, INC., Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award in each case unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LENA GARLAPOW, Respondent, on Account of Claimant CHARLES GARLAPOW, Deceased, v. ZUCKMAIER BROTHERS, Employer, and the COMMERCIAL CASUALTY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award and orders unanimously affirmed.

In the Matter of the Adoption of a Resolution Requiring the Payment into the State Fund of the Present Value of Death Benefits Pursuant to the Provisions of Section 27 of the Workmen's Compensation Law, as Amended by Chapter 705 of the Laws of 1917.— Question certified answered in the affirmative. All concurred, except Lyon and Sewell, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim under the Workmen's Compensation Law, Made by LENA LONDON, Respondent, for Compensation to Herself, v. CASINO WAIST COMPANY, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Insurer, Appellants.— Award unanimously affirmed.

In the Matter of the Petition of DAVID A. THOMPSON, as Executor, etc., Respondent, for the Probate of the Last Will and Testament, and Codicil Thereto, of JESSE W. POTTS, Deceased, etc. JULIA MAUD DE FOREST and Others, Appellants; ST. PETER'S CHURCH IN THE CITY OF ALBANY and Others, Respondents.— Decree and order of the Surrogate's Court unanimously affirmed, with costs.

ALICE MACCAULEY, as Administratrix, etc., of WILLIAM MACCAULEY, Deceased, Respondent, v. AMERICAN LOCOMOTIVE COMPANY, Appellant.— Judgment and orders unanimously affirmed, with costs. .

In the Matter of the Application of WILLIAM HICKEY, Respondent, for a Writ of Certiorari to the Commissioner of Excise of the State of New York and the County Treasurer of the County of Columbia. HERBERT S. SISSON, as State Commissioner of Excise, and JOHN CONNOR, as County Treasurer of Columbia County, Appellants.— Order reversed, with costs, and motion denied, with ten dollars costs, on the authority of *People ex rel. Gstalter* v. *Sisson* (179 App. Div. 610). All concurred, except Kellogg, P. J., dissenting.

In the Matter of the Application of ALFRED SNYDER, of the Town of Kinderhook, Respondent, for a Writ of Certiorari to the Commissioner